## WILLIAMS v. STATE.
### No. 24619.

Court of Criminal Appeals of Texas.
Feb. 1, 1950.

No appearance for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Appellant was charged by indictment with the theft of cattle and entered a plea of guilty before a jury, which fixed his punishment at two years' confinement in the penitentiary.

Appellant perfected an appeal to this court, but we do not find in the record either statement of facts or bills of exception. In such condition nothing is presented for review and the judgment is affirmed.